**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   KEISHA S WILSON                              Case No.: 09-01825

         Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/22/2009.

2) This case was confirmed on 06/11/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/10/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/04/2010, 07/07/2010.

5) The case was dismissed on 08/05/2010.

6) Number of months from filing to the last payment:  13

7) Number of months case was pending:  22

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     1,200.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 4,134.00 |
| Less amount refunded to debtor | $ 14.97 |
| **NET RECEIPTS** | $ 4,119.03 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 261.45 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,761.45 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SER | PRIORITY | 6,299.00 | 6,676.56 | 6,676.56 | 328.18 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 901.00 | 386.49 | 386.49 | .00 | .00 |
| AFNI | UNSECURED | 502.00 | NA | NA | .00 | .00 |
| SPRINT | OTHER | .00 | NA | NA | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | 119.61 | NA | NA | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | 257.00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 346.50 | 346.50 | 346.50 | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | 480.00 | NA | NA | .00 | .00 |
| TCF | OTHER | .00 | NA | NA | .00 | .00 |
| ARROW ACCEPTANCE COR | UNSECURED | 749.00 | NA | NA | .00 | .00 |
| PREMIER BANKCARD INC | OTHER | .00 | NA | NA | .00 | .00 |
| ARROWHEAD INVESTMENT | UNSECURED | 325.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 386.00 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| CBRAYLORVILL | UNSECURED | 135.00 | NA | NA | .00 | .00 |
| AMERENCIPS | OTHER | .00 | NA | NA | .00 | .00 |
| CCB INCORPORATED | UNSECURED | 360.00 | NA | NA | .00 | .00 |
| CARLE FOUNDATION HOS | OTHER | .00 | NA | NA | .00 | .00 |
| CCB INCORPORATED | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| CARLE FOUNDATION HOS | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF ATLANTA | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| CITY OF EAST POINT | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 772.01 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CREDIT PROTECTION AS | UNSECURED | 301.00 | NA | NA | .00 | .00 |
| INSIGHT COMMUNICATIO | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT IN | UNSECURED | 145.00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| DIVERSIFIED COLLECTI | UNSECURED | 185.00 | NA | NA | .00 | .00 |
| SUBURBAN EMERGENCY P | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | NA | 54.27 | 54.27 | .00 | .00 |
| SUBURBAN EMERGENCY P | OTHER | .00 | NA | NA | .00 | .00 |
| EMERALD MARKETING | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 1,618.09 | NA | NA | .00 | .00 |
| THIRD FIFTH BANK | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST CASH FINANCIAL | UNSECURED | 430.00 | 405.00 | 405.00 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 600.00 | 656.99 | 656.99 | .00 | .00 |
| FOREST PARK MUNICIPA | PRIORITY | 900.00 | 694.00 | 694.00 | 20.20 | .00 |
| FTR PROCESSING | UNSECURED | 260.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 6,147.00 | 6,147.55 | 6,147.55 | .00 | .00 |
| GUARANTY BANK | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| CARLE CLINIC | UNSECURED | 962.00 | 961.50 | 961.50 | .00 | .00 |
| CARLE CLINIC ASSOC | OTHER | .00 | NA | NA | .00 | .00 |
| HARRIS & HARRIS | UNSECURED | 763.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | OTHER | .00 | NA | NA | .00 | .00 |
| HARRIS & HARRIS | UNSECURED | 395.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | OTHER | .00 | NA | NA | .00 | .00 |
| HARRIS & HARRIS | UNSECURED | 301.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | OTHER | .00 | NA | NA | .00 | .00 |
| LOAN SHOP ONLINE | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,004.00 | 1,004.39 | 1,004.39 | .00 | .00 |
| ASPIRE VISA | OTHER | .00 | NA | NA | .00 | .00 |
| MIDLAND FUNDING LLC | OTHER | .00 | NA | NA | .00 | .00 |
| MIDSTATE COLLECTION | UNSECURED | 1,491.00 | NA | NA | .00 | .00 |
| PARKLAND COLLEGE | OTHER | .00 | NA | NA | .00 | .00 |
| NAMAKAN CAPITAL | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| NCC BUSINESS SERVICE | UNSECURED | 616.00 | NA | NA | .00 | .00 |
| WESTBURY PARK TOWNHO | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST CASH ADVANCE | UNSECURED | 825.00 | NA | NA | .00 | .00 |
| FIRST CASH ADVANCE | UNSECURED | 821.50 | NA | NA | .00 | .00 |
| PAYDAY AVE | UNSECURED | 485.94 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,394.00 | 1,435.26 | 1,435.26 | .00 | .00 |
| RAPID CASH MGNT | UNSECURED | 289.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| KHEAA | UNSECURED | 5,604.00 | 8,861.95 | 8,861.95 | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 3,201.00 | NA | NA | .00 | .00 |
| STATE COLLECTION SER | UNSECURED | 622.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERENCIPS | OTHER | .00 | NA | NA | .00 | .00 |
| SUMMIT GROUP | UNSECURED | 260.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 140.00 | NA | NA | .00 | .00 |
| TCF BANK | OTHER | .00 | NA | NA | .00 | .00 |
| TRIAD FINANCIAL | UNSECURED | 9,189.00 | NA | NA | .00 | .00 |
| TRUSTMARK RECOVERY S | UNSECURED | 198.00 | NA | NA | .00 | .00 |
| OAKLAWN RADIOLOGY IM | OTHER | .00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 9,651.00 | 9,785.58 | 9,785.58 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 4,547.00 | 4,593.31 | 4,593.31 | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | 460.00 | NA | NA | .00 | .00 |
| VANRU CREDIT | UNSECURED | 703.03 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 260.00 | 277.00 | 277.00 | .00 | .00 |
| WEST ASSET MGNT | UNSECURED | 515.00 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | NA | 146.40 | 146.40 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NA | 713.59 | 713.59 | .00 | .00 |
| TIMOTHY K LIOU | PRIORITY | NA | .00 | 9.20 | 9.20 | .00 |
| DIVERSIFIED COLLECTI | UNSECURED | 81.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 7,379.76 | 357.58 | .00 |
| **TOTAL PRIORITY:** | 7,379.76 | 357.58 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 35,775.78 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,761.45 |
| Disbursements to Creditors | $ | 357.58 |
| **TOTAL DISBURSEMENTS:** | $ | 4,119.03 |

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   11/23/2010                              /s/ Tom  Vaughn
                                                 Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**